# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GRAVEL RATING SYSTEMS LLC,<br><br>  Plaintiff,<br><br> v.<br><br>DISH WIRELESS, L.L.C. D/B/A BOOST MOBILE,<br><br>  Defendant. | Civil Action No. 4:21-cv-00328-ALM |

## ORDER ON JOINT MOTION TO DISMISS

In consideration of the Joint Motion to Dismiss, with prejudice, filed in this case by Plaintiff Gravel Rating Systems LLC and Defendant DISH Wireless L.L.C. (collectively "the Parties"), pursuant to Fed. R. Civ. P. 41, and the Court being of the opinion that the requested relief should be GRANTED, the Court hereby:

ORDERS that all claims, causes of action, and defenses asserted by all Parties in this case are dismissed, with prejudice.

Each Party to this case shall bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 24th day of October, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE